IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY JOHNSON,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,

    Defendant.               Civil No. 12-cv-644-DRH-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by Chief Judge David R. Herndon, the Commissioner's final decision denying plaintiff's application for benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Jeffrey Johnson and against defendant Michael J. Astrue, Commissioner of Social Security.

DATED:  January 14, 2013

NANCY J. ROSENSTENGEL,
CLERK OF COURT

/s/*Sara Jennings*
BY: Deputy Clerk

APPROVED:

Digitally signed by David R. Herndon
Date: 2013.01.14 13:37:45 -06'00'